The Honorable Jamal N. Whitehead

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALESSANDRA PANICACCI,<br><br>Plaintiff,<br>v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES,<br><br>Defendant. | Case No. 2:26-cv-01725-JNW<br><br>STIPULATED MOTION TO STAY AND ORDER<br><br>Noted for Consideration:<br>October 9, 2026. |

For good cause, Plaintiff and Defendants, by and through their counsel of record, pursuant to Federal Rule of Civil Procedure 6 and Local Rules 7(d)(1), 10(g) and 16, hereby jointly stipulate and move to stay these proceedings for 120 days. Plaintiff brought this litigation pursuant to the Administrative Procedure Act and Mandamus Act seeking, *inter alia*, challenging U.S. Citizenship and Immigration Services' ("USCIS") denial of her Form I-140 EB-1A petition.

Courts have "broad discretion" to stay proceedings. *Clinton v. Jones*, 520 U.S. 681, 706 (1997). "[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936); *see also* Fed. R. Civ. P. 1.



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

With an additional 120 days, the claims in this litigation may be resolved without the need for further judicial intervention. USCIS intends to reopen Plaintiff's application and issue a Request for Evidence ("RFE"). Plaintiff will have an opportunity to respond to the RFE and USCIS will need time to review any evidence submitted by Plaintiff. Therefore, 120 days is sufficient to allow the application at issue to be adjudicated again, and potentially resolve the claims at issue in this case. The parties will submit a joint status report on or before the end of this period.

DATED this 9th day of October, 2026.

Respectfully submitted,

*s/ Kristen R. Vogel*
KRISTEN R. VOGEL, NY No. 5195664
Assistant United States Attorney
United States Attorney's Office
Western District of Washington
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Fax: 206-553-4073
Email: kristen.vogel@usdoj.gov

*Attorney for Defendant*

I certify that this memorandum contains 235 words, in compliance with the Local Civil Rules.

*s/ Adam W. Boyd*
ADAM W. BOYD, WSBA No. 49849
GIBBS HOUSTON PAUW
1000 Second Ave., Ste. 1600
Seattle, WA 98104
Phone: (206) 682-1080
Email: adam.boyd@ghp-law.net

*s/ Brian Scott Green*
BRIAN SCOTT GREEN*
LAW OFFICE OF BRIAN GREEN, PLLC
8700 E Jefferson Ave., #370021
Denver, CO 80237
Phone: (443) 799-4225
Email: briangreen@greenusimmigration.com
**Pro Hac Vice*

*Attorneys for Plaintiff*

**ORDER**

The case is stayed. The parties shall submit a status update within 120 days of this Order. It is so **ORDERED**.

Dated this 13th day of October, 2026.

JAMAL N. WHITEHEAD
United States District Judge



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970